# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TODD GROSSMAN and MUJO PEREZIC,

                Plaintiffs,                        21 **CIVIL** 2799 (VM)

     -against-                          **<u>JUDGMENT</u>**

GEICO CASUALTY CO., et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 13, 2021, that the motion so deemed by the Court as filed by defendants Geico Casualty Co., Geico Indemnity Co., and Geico General Insurance, Co. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Dkt. No. 23) to dismiss the complaint of plaintiffs Todd Grossman and Mujo Perezic (see Dkt. No. 1) is Granted; accordingly, this case is closed.

**Dated:** New York, New York
         September 13, 2021

                                                              **RUBY J. KRAJICK**
                                                               Clerk of Court
                                        **BY:**
                                                                 Deputy Clerk